No. 805. THE UNITED STATES, PETITIONER, *v.* A. GERO MARSHALL.   October 21, 1912.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied.   *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General Harr* for the petitioner.   *Mr. John M. Coleman* for the respondent.

No. 808. DUNLEVY & BROTHER COMPANY, PETITIONER, *v.* ELIZABETH FORREST.   October 21, 1912.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied.   *Mr. Harry J. Nesbit* for the petitioner.   *Mr. H. Fred Mercer* for the respondent.

No. 716. I. D. BLOCK ET AL., PETITIONERS, *v.* THE CITY OF MERIDIAN.   October 28, 1912.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied.   *Mr. G. Q. Hall* and *Mr. Joseph Hirsh* for the petitioners.   *Mr. William H. Ambrecht* for the respondent.

No. 768. THE MAHONING VALLEY RAILWAY Co., PETITIONER, *v.* BELINDA O'HARA.   October 28, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied.   *Mr. George F. Arrel* for the petitioner.   *Mr. Charles Koonce, Jr.,* for the respondent.

No. 813. AMERICAN FIDELITY Co., PETITIONER, *v.* S. H. VELIE, DOING BUSINESS AS VELIE MOTOR COMPANY,